WESTCHESTER FIRE INSURANCE COMPANY, Appellant, v. THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY et al., Respondents, and HONOR B. DOUGLAS et al., as Executors of WILLIAM R. BARR, Deceased, et al., Appellants, Impleaded with Others.

*Stocks and stockholders — corporations — railroads — action by minority stockholder to have canceled and declared void a lease of corporate property.*

*Westchester Fire Ins. Co.* v. *Syracuse, B. & N. Y. R. R. Co.*, 192 App. Div. 463, affirmed.

(Argued March 15, 1922; decided April 25, 1922.)

APPEAL from a judgment, entered September 13, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff and directing a dismissal of the complaint. The action was brought by a minority stockholder of the Syracuse, Binghamton and New York Railroad Company to cancel and have declared void a lease of the said railroad to the Delaware, Lackawanna and Western Railroad Company upon the ground, among others, that the action of the majority stockholders in authorizing the lease was so unfair and oppressive of the minority that the court should interfere for the protection of the latter.

*Benjamin G. Paskus, Sylvan Gotshal* and *Frank H. Tichenor* for plaintiff, appellant.

*Theodore L. Bailey* for defendants, appellants.

*Douglas Swift* and *William S. Jenney* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J. Not sitting: McLAUGHLIN, J.